In the Matter of the Accounting of J. WALTER McCLANCY, as Executor of STEPHEN McCLANCY, Deceased, Respondent.

MORRIS PLAN INDUSTRIAL BANK OF NEW YORK, Appellant; FREDRICK J. BRITTON, as Special Guardian for HOWARD McCLANCY, an Infant, et al., Respondents.

Argued March 8, 1945; decided April 12, 1945.

*Henry Pleus* and *Henry W. Parker* for appellant.

*William R. McVay* for J. Walter McClancy, as executor, respondent.

*Frederick J. Britton,* special guardian, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.